RECEIVED
IN LAKE CHARLES, LA.

NOV 15 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

RICHARD GAMBLE                                          CIVIL ACTION NO. 10-cv-1669
    LA. DOC #115696
VS.                                                                    SECTION P

                                                JUDGE MINALDI

WARDEN TIM WILKERSON                        MAGISTRATE JUDGE KAY


## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the District Courts since petitioner has failed to state a claim for which relief may be granted.


**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this

_15_ day of _November_____, 2011.

_____
PATRICIA MINALDI
**UNITED STATES DISTRICT JUDGE**